E-FILED
Thursday, 05 March, 2026  04:57:46 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EDWARD WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 4:25-cv-04197-SLD-RLH |
| | ) | |
| COUNTY OF HENDERSON, ILLINOIS, | ) | |
| Defendant. | ) | |

### MOTION TO QUASH SERVICE OF PROCESS

Defendant, HENDERSON COUNTY by the Henderson County State's Attorney, Kristen L. Petrie, appearing specifically and only for the purpose of this motion, moves this Honorable Court to quash the purported service in this action. In support, the Defendant states:

1. Defendant was never properly served with a summons and complaint in this case as required by Federal Rules of Civil Procedure, specifically Rule 4.

2. Specifically, Defendant received a Complaint with the Summons that does not name Henderson County as a defendant or party to the complaint.

3. Defendant has attached a copy of the Summons served with the attached Complaint to this Motion as Exhibit A.

4. Because service was improper pursuant to the Federal Rules of Civil Procedure, Rule 4, this Court lacks personal jurisdiction over the Defendant.

WHEREFORE, the Defendant respectfully requests this Honorable court grant the Motion to Quash Service of Process, dismiss the complaint without prejudice, and grant such other relief as the Court deems just.

Respectfully Submitted,

_____
Kristen L. Petrie,
Attorney for Defendant
Henderson County State's Attorney

Kristen L. Petrie, ARDC NO 6230040
Henderson County State's Attorney
307 Warren Street
Oquawka, IL  61469
(309)867-4871

AO 440 (Rev. 06/12) Summons in a Civil Action

**EXHIBIT**
**A**

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

RECEIVED

FEB 1 9 2026

HENDERSON COUNTY
STATES ATTORNEY

Edward Williams
*Plaintiff(s)*

v.

County of Henderson Illinois
*Defendant(s)*

Civil Action No. 4:25-cv-04197-SLD-RLH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
County of Henderson Illinois
307 Warren St.
Oquawka, Illinois
61469

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/10/26

_____
Signature of Clerk or Deputy Clerk

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## UNITED STATES DISTRICT COURT

for the

District of

Division

**FILED**

AUG 1 3 2025

Sandra Keane
CLERK OF THE CIRCUIT COURT
NINTH JUDICIAL CIRCUIT
HENDERSON COUNTY ILLINOIS

Case No. _____

(to be filled in by the Clerk's Office)

Edward Ray Williams

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☒ Yes ☐ No

JUDGE CAVAUGE

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        _Ed williams_
Address      _1300 Liberty Road_
            _Gladstone        Illinois      61437_
              City            State        Zip Code
County       _Henderson_
Telephone Number   _309 203 3931_
E-Mail Address     _OFarmer@Live.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name              _Cavanaugh_
Job or Title (if known)   _Judge_
Address           _____
                   City        State        Zip Code
County            _____
Telephone Number  _____
E-Mail Address (if known) _____

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name              _____
Job or Title (if known)   _____
Address           _____
                   City        State        Zip Code
County            _____
Telephone Number  _____
E-Mail Address (if known) _____

[ ] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DO Prosess, RighT To Travel, Persore of Happynes

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Do Prosess, Right To Travel, Persoute of Happiness

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Continue To Persoute my Self when I havent Broken any Law.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Henderson Coort house

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Their are Five (5) different ones, To be suplyed at e LatPr+iA

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

a continued harasment By Threating Jail Time IF I ddnt give up.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

TO Be leFT aLone, unTill I Broke The Law

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/13/25

Signature of Plaintiff    _Edward Ray Williams_

Printed Name of Plaintiff    Edward Ray Williams

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____
E-mail Address    _____

## UNITED STATES DISTRICT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

EDWARD WILLIAMS,

               **Plaintiff,**

HENDERSON COUNTY, ILLINOIS,

               **Defendant.**

**Case No.  Civil Action Number 4:25-CV-04197-SLD-RLH**

## CERTIFICATE OF SERVICE OF MOTION TO QUASH SEVICE OF PROCESS

**THE UNDERSIGNED CERTIFIES** that a true copy of the Motion to Quash Service of Process documents along with a copy of Exhibit A, was mailed with the United States Postal Service on Wednesday, March 4, 2026.

**TO:**

Edward Williams
1300 Liberty Drive
Gladstone, IL 61437

By: _____

       Kristen L.G. Petrie, Attorney for Defendant,
       Henderson County, Illinois,
       Henderson County State's Attorney

Kristen L.G. Petrie, ARDC 6230040
Henderson County State's Attorney
P. O. Box 605
Henderson County Court House
Oquawka, Illinois 61469
Telephone: (309) 867-4871
Fax: (309) 867-2207